UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OFFICIAL BRANDS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-2199-B |
| | § | |
| ROC NATION SPORTS, LLC and ROC NATION, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant Roc Nation Sports, LLC's ("RNS") Motion to Dismiss Under 12(b)(6) and 12(h) (Doc. 27). In this Motion, RNS seeks dismissal of Plaintiff Official Brands, Inc.'s ("Official Brands") tortious interference with prospective contractual relations claim. The Court previously dismissed the same claim against Roc Nation, LLC, and RNS argues that the same grounds apply to the claim against it. Doc. 27, Def.'s Mot. to Dismiss 2–3. Official Brands concedes that the Court's earlier ruling should apply to its claims against both defendants, which makes this Motion essentially unopposed. Doc. 33, Pl.'s Resp. 1. The Court therefore **GRANTS** RNS' Motion to Dismiss Under 12(b)(6) and 12(h), and **ORDERS** that Official Brands' claim against it for tortious interference with prospective contractual relations be **DISMISSED** without leave to amend.

SO ORDERED.

SIGNED: March 22, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE